IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. SINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-579 |
| DAVID HECKLER, Chairman of | ) |
| the Pennsylvania Child Protection | ) |
| Task Force, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

Currently pending before the court is plaintiff's renewed "Motion to Request Authorization for Leave to File under Seal to Revise Information to Comply with Court Order" ("Renewed Motion," ECF No. 16).[1] In his Renewed Motion, plaintiff represents that he has had a "significant change in his financial status, which must be filed confidentially." (Id. ¶2.) Pursuant to the terms of this court's most recent order (ECF No.15), plaintiff has until 3 p.m. on November 26, 2016 to pay the $400.00 filing fee for this civil action, or the case will be dismissed without prejudice.

Based on plaintiff's representation that he has experienced a significant change in his financial status, it appears he may wish to file a renewed application for leave to proceed *in forma pauperis*. To the extent plaintiff intends to do so, IT IS HEREBY ORDERED that any renewed *i.f.p.* motion must be filed on or before **December 2, 2016.** IT IS FURTHER

---

[1] Plaintiff previously sought permission to submit information under seal in a motion filed on November 3, 2016. (*See* "Motion for to [sic] Request Authorization to File under Seal to Revise Information to Comply with Court Order," ECF No. 14). That motion was vaguely worded and did not specify the nature of the information in question; therefore, the court had intended, in its most recent ruling (ECF No. 15), to deny the November 3 motion without prejudice so that plaintiff could reassert it with the benefit of more specific information. Inasmuch as the November 3 motion was never ruled on, the court appreciates plaintiff bringing the continued pendency of that motion to its attention. Given plaintiff's recent filing of his Renewed Motion, the prior November 3 motion will be denied as moot.

1

ORDERED that plaintiff may file any confidential financial documentation in support of a renewed *i.f.p.* motion under seal.² The court has allowed a brief extension of its prior deadline for good cause shown, based on plaintiff's representations that he was recently required to undergo surgery. However, plaintiff is advised that **NO FURTHER EXTENSIONS OF THE DECEMBER 2, 2016 DEADLINE WILL BE GRANTED. Plaintiff's failure to comply with the terms of this order will result in the dismissal of this action without prejudice.**

In light of the foregoing, IT IS ORDERED that plaintiff's "Motion to Request Authorization for Leave to File Under Seal to Revise Information to Complaint with Court Order" ("Renewed Motion," ECF No. 16) is GRANTED to the extent set forth herein and DENIED in all other respects. IT IS FURTHER ORDERED that plaintiff's Motion for to [sic] Request Authorization to File under Seal to Revise Information to Comply with Court Order (ECF No. 14) is DENIED as moot.

Dated: November 22, 2016      /s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

---

² Alternatively, to the extent plaintiff intends to pay the requisite filing fee for the within civil action, he must do so on or before December 2, 2016. Plaintiff is advised that the court will not accept or process any credit card information on his behalf. Instead, any payments must be processed through the Clerk of Court in accordance with the Clerk's payment policies.